UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>EDDIE PASCUA BATOON;<br>FLORA LLANESBATOON;<br>GINGER MOUNTAIN LODGE, LLC, a California Limited Liability Company;<br>ARTE ARONOFF;<br>LLOYD ARONOFF;<br>CATHERINE FINZI;<br>LEO FINZI; and Does 1-10,<br><br>          Defendants. | Case: 2:16-CV-01006-WBS-GGH<br><br>**ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), and the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE